COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        David Schied v. Michael Ray Merritt, Wynde Merritt, and
                            Jeannette Smith

Appellate case number:      01-15-00466-CV

Trial court case number:    434,875

Trial court:                Probate Court No. 1 of Harris County

The clerk's record was filed in this appeal on June 8, 2015. On June 4, 2015, the court reporter filed a motion to extend the time to file the reporter's record. We granted the motion and extended the time to file the reporter's record to July 8, 2015. Because the reporter's record has not yet been filed, the appellate record is not complete and appellant's brief is not yet due. *See* TEX. R. APP. P. 34.1 (providing appellate record consists of clerk's record and, if necessary to appeal, reporter's record), 38.6(a) (providing appellant's brief is due within 30 days after later of filing of clerk's record or reporter's record).

On June 15, 2015, appellant, David Schied, proceeding *pro se*, filed his appellant's brief in this Court. Because the court's reporter's record has not been filed, if necessary and appropriate, appellant may file an amended appellant's brief without leave of the Court no later than 30 days after the court reporter files the reporter's record with this Court. *See* TEX. R. APP. P. 38.7 (providing for amendment of brief).

Appellee's brief, if any, will be due no later than 30 days after the filing of appellant's amended brief, if any.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                        ☒ Acting individually

Date:  June 23, 2015